**Opinion issued December 20, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00975-CR

————————————

## IN RE JASON RAY BOUCHARD, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

Relator, Jason Ray Bouchard, has filed in this Court a pro se petition for writ of mandamus, challenging the trial court's order resetting his case for trial so that a competency analysis can be performed.[1]

---

[1] The underlying case is *State of Texas v. Jason Ray Bouchard*, No. 1245909, in the 178th District Court of Harris County, Texas, the Honorable David Mendoza presiding.

Relator is represented by counsel in the trial court.  Relator is not entitled to hybrid representation.  *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981).

Accordingly, we **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.  TEX. R. APP. 47.2(b).